AO 10
Rev. 1/2011

# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2010

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Phillips, Thomas W. | Eastern District of Tennessee | 04/14/2011 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge Active | ☐ Nomination, Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2010<br>to<br>12/31/2010 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 800 Market Street<br>Suite 145<br>Knoxville, TN 37902 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

**Phillips, Thomas W.**

| Name of Person Reporting | Date of Report |
|---|---|
| Phillips, Thomas W. | 04/14/2011 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2010 | ONEIDA INDEPENDENT SCHOOL SYSTEM (RETIRED TEACHER) 0.00 |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✓] NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Phillips, Thomas W. | 04/14/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | ATTEND ANNUAL REVIEW SEMINAR W/O CHARGE | TENNESSEE LAW INSTITUTE | $400.0 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Phillips, Thomas W. | 04/14/2011 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. CD-1ST NAT'L BANK, ONEIDA, TN | A | Interest | J | T | Redeemed (part) | 01/08/10 | J | A | |
| 2. CD-1ST NAT'L BANK, ONEIDA, TN | B | Interest | K | T | Redeemed (part) | 04/19/10 | K | B | |
| 3. AMERIPRISE BROCKERAGE ACCOUNT (CASH EQUIVALENT) | A | Interest | J | T | | | | | |
| 4. CBRL GROUP, INC. | A | Dividend | J | T | | | | | |
| 5. AMEX TRUST CO. - IRA | D | Int./Div. | N | T | | | | | |
| 6. --AMERIPRISE INS MONEY MARKET | A | Interest | J | T | | | | | |
| 7. --OAKMARK EQ & INCOME - I OAKMARK FUNDS | A | Dividend | | | Sold | 06/15/10 | K | A | |
| 8. --ISHARES BARCLAYS AGGREGATE BD FUND | B | Dividend | | | Sold | 12/16/10 | L | B | |
| 9. --ISHARES MSCI EMERGING MARKETS INDEX | A | Dividend | K | T | | | | | |
| 10. --ISHARES S&P 500 GROWTH INDEX FUNDS | B | Dividend | K | T | | | | | |
| 11. --ISHARES MSCI EAFE INDEX FUND | A | Dividend | K | T | | | | | |
| 12. --ISHARES RUSSELL 1000 VALUE INDEX FUND | B | Dividend | K | T | | | | | |
| 13. --ISHARES IBOXX HIGH YIELD CORPORATE BOND FUND | B | Dividend | K | T | | | | | |
| 14. --ISHARES LEHMAN 1-3 YEAR CREDIT BOND FUND | B | Dividend | K | T | | | | | |
| 15. --ISHARES LEHMAN 3-7 YEAR TREASURY BOND FUND | A | Dividend | | | Sold | 12/16/10 | K | A | |
| 16. --SPDR DJ WILSHIRE MID CAP VALUE ETF | A | Dividend | K | T | | | | | |
| 17. --VANGUARD MID-CAP GROWTH INDEX FUND | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B=$1,001 - $2,500 | C=$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K=$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Phillips, Thomas W. | 04/14/2011 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | --COLUMBIA FUNDS GROUP | A | Dividend | K | T | Buy | 12/14/10 | K | | |
| 19. | --ISHARES LEHMAN 1-3 YR CREDIT | A | Dividend | K | T | Buy | 12/16/10 | K | | |
| 20. | --ISHARES LEHMAN 1-3 YR CREDIT | A | Dividend | J | T | Buy | 12/16/10 | J | | |
| 21. | AMEX - TRUST CO. IRA | C | Int./Div. | N | T | | | | | |
| 22. | --AMERIPRISE INS MONEY MARKET | A | Interest | J | T | | | | | |
| 23. | --ISHARES BARCLAYS AGGREGATE BD FUND | B | Dividend | | | Sold | 12/16/10 | K | B | |
| 24. | --ISHARES MSCI EMERGING MARKETS INDEX | A | Dividend | J | T | | | | | |
| 25. | --ISHARES S&P 500 GROWTH INDEX FUND | A | Dividend | J | T | | | | | |
| 26. | --ISHARES MSCI EAFE INDEX FUND | A | Dividend | J | T | | | | | |
| 27. | --ISHARES RUSSELL 1000 VALUE | A | Dividend | J | T | | | | | |
| 28. | --ISHARES IBOXX HIGH YIELD | A | Dividend | J | T | | | | | |
| 29. | --ISHARES LEHMAN 1-3 YEAR CREDIT BOND FUND | A | Dividend | J | T | | | | | |
| 30. | --ISHARES LEHMAN 3-7 YEAR TREASURY BOND FUND | A | Dividend | | | Sold | 12/16/10 | J | A | |
| 31. | --SPDR DJ WILSHIRE MID CAP VALUE ETF | A | Dividend | J | T | | | | | |
| 32. | --VANGUARD MID-CAP GROWTH INDEX FUND | A | Dividend | J | T | | | | | |
| 33. | --COLUMBIA FUNDS GROUP | A | Dividend | J | T | Buy | 12/14/10 | J | | |
| 34. | --ISHARES LEHMAN 1-3 YR CREDIT | A | Dividend | J | T | Buy | 12/16/10 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 -$5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Phillips, Thomas W. | 04/14/2011 |

## VII. INVESTMENTS and TRUSTS _– income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. --FIDELITY ADVISOR STRATEGIC INCOME T | A | Dividend | | | Sold | 12/16/10 | J | A | |
| 36. RVS STRAT INC ALLOC - A RIVERSOURCE MUTUAL FUNDS | B | Dividend | K | T | | | | | |
| 37. GLD STRAT INCOME -A GOLDMAN SACHS ASSET MGMT | A | Dividend | K | T | Buy | 01/11/10 | K | | |
| 38. ISHARES BARCLAYS AGGREGATE BD FUND | B | Dividend | | | Sold | 12/16/10 | K | B | |
| 39. ISHARES MSCI EMERGING MARKETS INDEX | A | Dividend | J | T | | | | | |
| 40. ISHARES S&P 500 GROWTH INDEX FUND | A | Dividend | K | T | | | | | |
| 41. ISHARES MSCI EAFE INDEX FUND | A | Dividend | J | T | | | | | |
| 42. ISHARES RUSSELL 1000 VALUE | A | Dividend | K | T | | | | | |
| 43. ISHARES IBOXX HIGH YIELD CORPORATE BOND FUND | A | Dividend | J | T | | | | | |
| 44. ISHARES LEHMAN 1-3 YEAR CREDIT BOND FUND | A | Dividend | J | T | | | | | |
| 45. GLD STRAT INCOME -A GOLDMAN SACHS ASSET MGMT | A | Dividend | K | T | Sold (part) | 10/18/10 | K | | |
| 46. GLD STRAT INCOME -A GOLDMAN SACHS ASSET MGMT | A | Dividend | K | T | Sold (part) | 11/16/10 | K | | |
| 47. GLD STRAT INCOME -A GOLDMAN SACHS ASSET MGMT | A | Dividend | K | T | Sold (part) | 12/16/10 | K | | |
| 48. ISHARES LEHMAN 3-7 YEAR TREASURY BOND FUND | A | Dividend | | | Sold | 12/16/10 | J | A | |
| 49. SPDR DJ WILSHIRE MID CAP VALUE ETF | A | Dividend | | | Sold | 12/16/10 | J | A | |
| 50. VANGUARD MID-CAP GROWTH INDEX FUND | A | Dividend | | | Sold | 12/16/10 | J | A | |
| 51. COLUMBIA FUNDS GROUP A | A | Dividend | K | T | Buy | 12/14/10 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Phillips, Thomas W. | 04/14/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.  ISHARES LEHMAN 1-3 YR CREDIT | A | Dividend | K | T | Buy | 12/14/10 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Phillips, Thomas W. | 04/14/2011 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Did not teach in 2010.

| Name of Person Reporting | Date of Report |
|---|---|
| Phillips, Thomas W. | 04/14/2011 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Thomas W. Phillips**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544